UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OCTAVIA WINTERS,

      Plaintiff,

                                    **JUDGMENT IN A CIVIL CASE**

      v.                              Case No. 26-cv-0173-bhl

JUDGE CHAD GREGORY KERKMAN, et al,

      Defendants.

☐     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☒     **Decision by Court.**  This action came before the Court for consideration.  The Court has decided the issues and rendered a decision.

     **IT IS HEREBY ORDERED AND ADJUDGED** that Winters's Complaint, ECF No. 1, is **DISMISSED with prejudice.**

     Dated at Milwaukee, Wisconsin on February 18, 2026.

                                        LINDA M. KLEMM
                                        Clerk of Court

                                      s/ *Julie D.*
                                        (By) Deputy Clerk